## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DYKES

CIVIL ACTION

VERSUS

21-241-SDD-RLB

LYFT, INC. ET AL.

### RULING

The Court has carefully considered the *Notice of Removal,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 30, 2021.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this action be REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana on September 14, 2021.

_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.